In re:  Case No. 21-01779-MJC
Jeffrey David DeAnthony  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Dec 08, 2021     Form ID: ordsmiss     Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey David DeAnthony, 210 Greystone Drive, Shavertown, PA 18708-9761 |
| cr | + | Dallas Area Municipal Authority, 101 Memorial Highway, Shavertown, PA 18708, UNITED STATES 18708-7703 |
| cr | + | WELLS FARGO BANK, N.A., c/o Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5431234 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5430132 | + | Atlantica LLC, 2003 Western Avenue Suite 340, Seattle WA 98121-2162 |
| 5431020 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5430133 | | Bayview Loan Servicing LLC, PO Box 650091, Dallas TX 75265-0091 |
| 5430139 | + | Dallas Area Municipal Authority, 101 Memorial Highway, Shavertown PA 18708-7703 |
| 5431459 | + | Edward J Kaushas, 995 Sunrise Drive, Pittston, PA 18640-3735 |
| 5430143 | + | Gordon Maxwell, 478 Ridge Road, Pittston PA 18640-9522 |
| 5430144 | + | Jill DeAnthony, 210 Greystone Drive, Shavertown PA 18708-9761 |
| 5430145 | + | KML Law Group, Suite 5000 BNY Independence Center, 701 Market Street, Philadelphia PA 19106-1541 |
| 5442026 | + | Limosa LLC, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5431260 | + | Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5430151 | + | Mission Lane Tab Bank, 101 2nd Street Suite 250, San Francisco CA 94105-3672 |
| 5430150 | | Mission Lane Tab Bank, PO Box 105286SW #1340, Atlanta GA 30348 |
| 5430156 | + | RSR Group Inc., C/O Amato Keating and Lessa PC, 107 N Commerce WY STE 100, Bethlehem PA 18017-8913 |
| 5432033 | + | RSR Group, Inc., c/o Amato and Keating, P.C., 107 North Commerce Way, Bethlehem PA 18017-8913 |
| 5430154 | + | Receivable Management, 240 Emery Street, Bethlehem PA 18015-1980 |
| 5430155 | + | Roy Gerhardt MD, 1732 Wyoming Avenue, Forty Fort PA 18704-4340 |
| 5430159 | + | UGI Electric, P.O. Box 858, Valley Forge, A 19482-0858 |
| 5430161 | + | UGI Penn Natural Gas, PO Box 15503, Wilmington DE 19850-5503 |
| 5430163 | + | UGI Utilities, PO Box 15503, Wilmington DE 19850-5503 |
| 5431261 | + | Wells Fargo Home Equity Group, Home Equity Group, Collections Foreclosure Dept., P.O. Box 2248, Jacksonville, Florida 32203-2248 |
| 5430168 | | Weltman Weinberg & Reis, 170 S Independence Mall W, Ste 874, Phildelphia PA 19106-3334, Attn: Michael Dougherty |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 08 2021 23:48:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5440097 | + | EDI: ATTWIREBK.COM | Dec 08 2021 23:48:00 | AT&T Mobility II LLCc/, c/o AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5430135 | + | EDI: PHINGENESIS | Dec 08 2021 23:48:00 | CB Indigo, PO Box 4499, Beaverton OR 97076-4499 |
| 5430137 | | Email/Text: CCBANKRUPTCY@CORTRUSTBANK.COM | Dec 08 2021 18:48:00 | Cortrust Bank Credit Card, PO Box 7030, Mitchell SD 57301 |
| 5430134 | + | EDI: CAPITALONE.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 08 2021 23:48:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5430136 | | EDI: CHASEAUTO | Dec 08 2021 23:48:00 | Chase Auto Finance, PO Box 901003, Fort Worth TX 76101-2003 |
| 5430138 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2021 19:02:56 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5430140 | | EDI: DISCOVER.COM | Dec 08 2021 23:48:00 | Discover, PO Box 15316, Wilmington DE 19850 |
| 5430141 | | EDI: AIS.COM | Dec 08 2021 23:48:00 | First Data Global Leasing, by American Infosource as agent, PO Box 248838, Oklahoma City OK 73124-8838 |
| 5430142 | + | EDI: AMINFOFP.COM | Dec 08 2021 23:48:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5430148 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 19:03:06 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville SC 29602-1269 |
| 5430146 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 19:02:56 | LVNV Funding, PO Box 1269, Greenville SC 29602-1269 |
| 5430147 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 19:02:57 | LVNV Funding, PO Box 10497, Greenville SC 29603-0497 |
| 5432329 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 19:03:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5435408 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2021 19:02:56 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5430149 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 08 2021 19:03:01 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5430153 | | EDI: PENNDEPTREV | Dec 08 2021 23:48:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5430153 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 18:48:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg PA 17128-0946 |
| 5441507 | + | EDI: JEFFERSONCAP.COM | Dec 08 2021 23:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5431873 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5441511 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5430547 | | EDI: Q3G.COM | Dec 08 2021 23:48:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5433832 | + | EDI: DRIV.COM | Dec 08 2021 23:48:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5430160 | | Email/Text: bkrcy@ugi.com | Dec 08 2021 18:49:00 | UGI Penn Natural Gas, 1 UGI Center, Wilkes-Barre PA 18711-0601 |
| 5430162 | | Email/Text: bkrcy@ugi.com | Dec 08 2021 18:49:00 | UGI Utilities, 2525 North 12th Street, Suite 360, Readig PA 19605 |
| 5432857 | | Email/Text: bkrcy@ugi.com | Dec 08 2021 18:49:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5440242 | | EDI: AIS.COM | Dec 08 2021 23:48:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5430164 | | EDI: AIS.COM | Dec 08 2021 23:48:00 | Verizon, by American Infosource as agent, PO Box 248838, Oklahoma City OK 73124-8838 |

| Recip ID | | Bypass Reason | | Date/Time | Name and Address |
| --- | --- | --- | --- | --- | --- |
| 5430166 | + | EDI: VERIZONCOMB.COM | | Dec 08 2021 23:48:00 | Verizon Wireless, 500 Technology Drive Suite 300, Weldon Springs MO 63304-2225 |
| 5430165 | + | EDI: VERIZONCOMB.COM | | Dec 08 2021 23:48:00 | Verizon Wireless, PO Box 5029, Wallingford CT 06492-7529 |
| 5430167 | + | EDI: WFFC.COM | | Dec 08 2021 23:48:00 | Wells Fargo Bank NA, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 5441054 | + | EDI: WFFC.COM | | Dec 08 2021 23:48:00 | Wells Fargo Bank, N.A., Default Document Processing, P.O. Box 1629 N9286-01Y, Minneapolis, MN 55440-1629 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Edward J Kaushas, 995 Sunrise Drive, Pittston, PA 18640-3735 |
| 5430152 | ##+ | National Bond Collection, 150 Welles Street, Forty Fort PA 18704-4966 |
| 5430157 | ##+ | Selene Finance, 120 Gibral Tar Rd Ste 300, Horsham, PA 19044-2350 |
| 5430158 | ##+ | The Bank of Missouri, 216 West 2nd Street, Dixon, MO 65459-8048 |

TOTAL: 0 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jeffrey Malak | on behalf of Creditor Dallas Area Municipal Authority jjm@charitonmalak.com |
| John Fisher | on behalf of Debtor 1 Jeffrey David DeAnthony johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor WELLS FARGO BANK N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor SN Servicing Corporation bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Jeffrey David DeAnthony,<br>aka Jeffrey David De Anthony, | Chapter 13 |
| **Debtor 1** | Case No. 5:21−bk−01779−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 8, 2021

By the Court,

Honorable Mark J. Conway
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

ordsmiss (05/18)